# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2422
_____

CARY POWERS,

Appellant,

v.

A & A MOON ENTERPRISES
CHRISTINE ANN HO, ANIL
KOGANTI, and RICK HO,

Appellees.

_____

On appeal from the County Court for Walton County.
David W. Green, Judge.

April 2, 2025

PER CURIAM.

AFFIRMED.   §§ 713.06(2), 713.11, Fla. Stat.; *see also WB's Septic & Sitework, Inc. v. Tucker*, 365 So. 3d 1242 (Fla. 1st DCA 2023).

LEWIS, BILBREY, and WINOKUR, JJ., concur.

———————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————————

Cary Powers, pro se, Appellant.

Bailey Howard of Clark Partington, Tallahassee; Mark D. Davis of Clark Partington, Santa Rosa Beach, for Appellees.